Eric G. Goodrich (11050)
KC Hooker (18018)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-02000
Email: egoodrich@btjd.com; kchooker@btjd.com
*Attorneys for KR Plumbing & Mechanical, LLC*

_____

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of KR PLUMBING & MECHANICAL, LLC, a Utah limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>PM JENKINS-PROFESSIONAL MANAGEMENT SERVICES, LLC dba W4 CONSTRUCTION GROUP, LLC, a Michigan limited liability company; PERCY M. JENKINS, an individual; GREAT AMERICAN INSURANCE COMPANY; and DOE SURETIES 1-10,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>Case No.  1:24-CV-00180-CMR<br><br>Magistrate Judge Cecillia M. Romero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KR Plumbing & Mechanical, LLC ("*Plaintiff*") hereby gives notice that the above-captioned action and each of their claims asserted therein are hereby voluntarily dismissed without prejudice. Pursuant to Rule 41(a)(1)(A)(i), no court order is necessary to effectuate the dismissal because the opposing party has not served an answer or a motion for summary judgment.

DATED this 10th day of December, 2024.

                                        BENNETT TUELLER JOHNSON & DEERE

                                        */s/ Eric G. Goodrich*
                                        Eric G. Goodrich
                                        KC Hooker
                                        *Attorneys for KR Plumbing & Mechanical, LLC*